**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL CURTIS REYNOLDS.,** | : | **CIVIL ACTION NO. 3:21-1867** |
| **Petitioner** | : | |
| | | **(JUDGE MANNION)** |
| v. | : | |
| **ERIC WILLIAMS, WARDEN** | : | |
| **Respondent** | : | |

-----------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **MICHAEL CURTIS REYNOLDS.,** | : | **CIVIL ACTION NO. 3:21-1934** |
| **Petitioner** | : | |
| | | **(JUDGE MANNION)** |
| v. | : | |
| **ERIC WILLIAMS, WARDEN** | : | |
| **Respondent** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1. The above captioned petitions for writ of habeas corpus are **DISMISSED** for lack of jurisdiction.

2. Petitioner's motion for declaratory relief, filed in Civil No. 3:21-cv-1867 (Doc. 13) is **DISMISSED** as moot.

3. Petitioner's motion to show cause, filed in Civil no. 3:21-cv-1934 (Doc. 13) is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** these cases.

<u>*s/ Malachy E. Mannion*</u>
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 28, 2022**
21-1867-01-ORDER